FILED

04/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0494

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0494

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DAVID ALAN SPAGNOLO,

      Defendant and Appellant.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 31, 2022, within which to prepare, serve, and file its response.

**BG**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 19 2022